UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MARCUS T. HORN,

               Plaintiff,              Case No. 2:23-cv-19

v.                               Honorable Robert J. Jonker

MIKE BROWN et al.,

               Defendants.

_____/

## ORDER

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On May 29, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 18.) Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee owed by Marcus T. Horn, #228752, in this case shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.


Dated:    June 17, 2024            /s/ Robert J. Jonker
                                       Robert J. Jonker
                                       United States District Judge